IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUNOCO, INC. (R&M) | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GLOBAL RECYCLING & DEMOLITION, LLC, d/b/a GLOBAL DEMOLITION & RECYCLING, LLC, ET AL. | : | NO. 13-4351 |

## ORDER

**AND NOW**, this 21st day of May, 2014, upon consideration of Defendants' Motion to Set Aside Default Judgments (Docket No. 30), Plaintiff's response thereto, and the Hearing held on May 8, 2014, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Defendants' Motion to Set Aside Default Judgments (Docket No. 30) is **GRANTED**.

2. Defendants shall file their Answer to the Complaint no later than June 2, 2014.

3. Plaintiff's Bill of Costs (Docket No. 28) is **DISMISSED** as moot.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.